■ GEORGE LEDDICK, Respondent, v DLP TAVERN CORP., Defendant, and SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. (And a Third-Party Action.) [652 NYS2d 1002] —In an action to recover damages for personal injuries, the Suffolk County Department of Social Services appeals, as limited by its brief, from so much of a resettled order of the Supreme Court, Suffolk County (Underwood, J.), entered November 16, 1995, as granted the plaintiff's application to establish a supplemental needs trust with certain settlement proceeds before satisfying a Medicaid lien.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly held that the satisfaction of a pre-existing Medicaid lien is not a precondition to the funding of a supplemental needs trust which conforms to Social Services Law § 366 (2) (b) (2) (iii) *(see, Cricchio v Pennisi,* 220 AD2d 100, *lv granted* 88 NY2d 813; *Link v Town of Smithtown,* 226 AD2d 351, *lv granted* 88 NY2d 813; *Rosado v Perez,* 232 AD2d 468). Rosenblatt, J. P., Sullivan, Altman and Goldstein, JJ., concur.